**Demarcus M. BROWN, Plaintiff–Appellant,**

v.

**Brett EDMONDS; N. Comer; Daniel Braxton, Defendants–Appellees.**

No. 03–6488.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 29, 2003.

Demarcus M. Brown, Appellant Pro Se.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Demarcus M. Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See Brown v. Edmonds*, No. CA–03–132–7 (W.D.Va. filed Feb. 25, 2003 & entered Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*